# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

AMY LAWRENCE,                          *
                                       *
      Plaintiff,             *      CIVIL ACTION NO.: 2:20-cv-67
                                       *
    v.                          *
                                       *
KILOLO KIJAKAZI, Acting Commissioner   *
of Social Security,                    *
                                       *
      Defendant.             *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 22. Defendant did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **REMANDS** this case to the Commissioner under sentence four of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment.

SO ORDERED, this ___10___ day of ___February___, 2022.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)